UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONARD C. SMITH | ) | 1:04-CV-6637 AWI LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #15) |
| v. | ) | |
| | ) | |
| D. CANU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2006, plaintiff filed a motion to extend time to file a first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

**Dated:  June 5, 2006**          /s/ Lawrence J. O'Neill
b6edp0                             UNITED STATES MAGISTRATE JUDGE