1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LEONARD C. SMITH                    )         1:04-CV-6637 AWI LJO P
                                         )
12        Plaintiff,                     )         ORDER   GRANTING   SECOND
                                         )         EXTENSION OF TIME
13        v.                             )         (DOCUMENT #17)
                                         )
14   D. CANU, et al.,                    )
                                         )
15                                       )
          Defendants.                    )
16   _____)

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   June 29, 2006, plaintiff filed a second motion/affidavit to extend time to file a first amended complaint.

19   Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS

20   HEREBY ORDERED that:

21        Plaintiff is granted thirty days from the date of service of this order in which to file a first

22   amended complaint.

23   IT IS SO ORDERED.

24   **Dated:    July 17, 2006**                    **/s/ Lawrence J. O'Neill**
     b6edp0                                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28