IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD CURTIS SMITH, SR., | 1:04-cv-06637-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | (DOCUMENT #27) |
| D. CANU, et al., | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2008, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint, pursuant to the court's order of April 29, 2008.

IT IS SO ORDERED.

Dated:  **June 27, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE